RECEIVED
IN ALEXANDRIA, LA.

MAR 2 2012

TONY R. MOORE, CLERK
BY_____
      DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| REBECCA VANDER COLLINSON | CIVIL DOCKET NO. 11-CV-1787 |
| VERSUS | JUDGE DRELL |
| TARVER LAND DEVELOPMENT L L C | MAGISTRATE JUDGE KIRK |

JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the motion to dismiss be GRANTED and that the supplemental state law claims for defamation against defendant be dismissed with prejudice.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this 2nd day of March, 2012.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE